1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT M. TWISS
   PHILLIP A. TALBERT
3  Assistant United States Attorneys
   501 I Street, 10th Floor
4  Sacramento, California 95814
   Telephone:  (916) 554-2767
5

**FILED**

APR 2 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   CR. No. S-06-115 LKK
                                   )
12                    Plaintiff,   )   VIOLATIONS: 26 U.S.C. § 7206(2)-
               v.                  )   Aiding and Assisting the Filing
13                                 )   of False Tax Returns (3 counts)
    WAYNE J. MAJORS,               )
14     aka Jay Miller;             )
    LEAH M. ANDERSON,              )
15     aka Jennifer Metzger; and   )
    SANDRA VILLEGAS;               )
16                                 )
                      Defendants.  )
17  _____)

18

19        F I R S T   S U P E R S E D I N G   I N D I C T M E N T

20  COUNT ONE:  [26 U.S.C. § 7206(2)- Aiding and Assisting in the
                Preparation and Presentation of a False and
21              Fraudulent Tax Return]

22        The Grand Jury Charges: T H A T

23                         WAYNE J. MAJORS,
                            aka Jay Miller;
24                         LEAH M. ANDERSON,
                        aka Jennifer Metzger; and
25                         SANDRA VILLEGAS;

26  defendants herein, on or about May 19, 2000, in the State and

27  Eastern District of California, did willfully aid and assist in,

28  and procure, counsel and advise the preparation and presentation

1  to the Internal Revenue Service of a U.S. Corporation Income Tax
2  Return, Form 1120, of American Law Center, P.C. for the period
3  ending December 31, 1999, which was false and fraudulent as to a
4  material matter, in that it represented on line 1c that gross
5  receipts less returns was $1,776,258, and on line 27 that total
6  deductions were $1,785,054, and total income and income tax as
7  reflected on lines 30 and 31 were -$8,796 and zero, respectively,
8  whereas as the defendants then and there well knew and believed,
9  the total gross receipts which should have been reported were
10 substantially more, and the total deductions which should have
11 been reported were substantially less, and the amount of total
12 income and income tax due were substantially in excess thereof,
13 all in violation of Title 26, United States Code, Section
14 7206(2).

15 COUNT TWO:   [26 U.S.C. § 7206(2)- Aiding and Assisting in the
                Preparation and Presentation of a False and
16              Fraudulent Tax Return]

17      The Grand Jury Further Charges: T H A T

18                    WAYNE J. MAJORS,
                      aka Jay Miller;
19                 LEAH M. ANDERSON,
                 aka Jennifer Metzger; and
20                  SANDRA VILLEGAS;

21 defendants herein, on or about June 28, 2001, in the State and
22 Eastern District of California, did willfully aid and assist in,
23 and procure, counsel and advise the preparation and presentation
24 to the Internal Revenue Service of a U.S. Corporation Income Tax
25 Return, Form 1120, of American Law Center, P.C. for the period
26 ending December 31, 2000, which was false and fraudulent as to a
27 material matter, in that it represented on line 1c that gross
28 receipts less returns was $1,784,194, and on line 27 that total

2

1  deductions were $1,746,641, and total income and income tax as
2  reflected on lines 30 and 31 were both zero, respectively,
3  whereas as the defendants then and there well knew and believed,
4  the total gross receipts which should have been reported were
5  substantially more, and the total deductions which should have
6  been reported were substantially less, and the amount of total
7  income and income tax due were substantially in excess thereof,
8  all in violation of Title 26, United States Code, Section
9  7206(2).

10  COUNT THREE:  [26 U.S.C. §7206(2)- Aiding and Assisting in the
                  Preparation and Presentation of a False and
11                Fraudulent Tax Return]

12        The Grand Jury Further Charges: T H A T

13                        WAYNE J. MAJORS,
                            aka Jay Miller;
14                        LEAH M. ANDERSON,
                        aka Jennifer Metzger; and
15                        SANDRA VILLEGAS;

16  defendants herein, on or about March 7, 2004, in the State and
17  Eastern District of California, did willfully aid and assist in,
18  and procure, counsel and advise the preparation and presentation
19  to the Internal Revenue Service of a U.S. Corporation Income Tax
20  Return, Form 1120, of American Attorney Center, P.C., formerly
21  known as American Law Center, P.C., for the period ending
22  December 31, 2001, which was false and fraudulent as to a
23  material matter, in that it represented on line 27 that total
24  deductions were $1,746,641, and total income and income tax as
25  reflected on lines 30 and 31 both were zero, whereas
26  as the defendant then and there well knew and believed,
27  the total deductions which should have been reported were
28  substantially less, and the amount of total income and income tax

3

1  due were substantially in excess thereof, all in violation of

2  Title 26, United States Code, Section 7206(2).

3                                          A TRUE BILL.

4                                          /s/ Signature on file w/AUSA

5                                          FOREPERSON

6

7

8  McGREGOR W. SCOTT
   United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          4

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

WAYNE J. MAJORS,
aka Jay Miller;
LEAH M. ANDERSON,
aka Jennifer Metzger; and
SANDRA VILLEGAS

## I N D I C T M E N T

**VIOLATION(S):** 26 U.S.C. § 7206(2) - Aiding and Assisting
the Filing of False Tax Returns

*A true bill,*

/ S /

*Foreman.*

*Filed in open court this* 20th *day*

*of* April *, A.D. 20* 06

*Clerk.*

*Bail, $* Summons to Issue As to All Defendants.
Bail to be determined at hearing.

GPO 863 525

PENALTY SLIP          CR 06-115 LKK

**WAYNE J. MAJORS**, aka Jay Miller;

**LEAH M. ANDERSON**, aka Jennifer Metzger; and

**SANDRA VILLEGAS**

## COUNTS ONE through THREE

VIOLATION:       26 U.S.C. § 7206(2) - Aiding and Assisting
                 the Filing of False Tax Returns

PENALTY:         Not more than $250,000 fine, or two times the loss ($1,214,000); or
                 Not more than 3 years imprisonment; or both
                 Not more than 1 year of supervised release

PENALTY
ASSESSMENT:      $100.00 special assessment (each count)