BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
MELINDA J. NYE (SBN 237303)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
WAYNE MAJORS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  vs.  WAYNE MAJORS,  Defendant. | Case No.: S-06-115 LKK  ORDER RE: WAIVER OF PERSONAL APPEARANCE |
|---|---|

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this

1 waiver; agrees that his interests will be deemed represented at
2 all time by the presence of his attorney, the same as if
3 defendant were personally present; and further agrees to be
4 present in person in court ready for trial on any day which the
5 Court may fix in his absence.
6
7
8 DATED:  May 18, 2006            /s/ WAYNE MAJORS
                                  WAYNE MAJORS
9
10
11 APPROVED:
12
13 /s/ CLYDE M. BLACKMON
   CLYDE M. BLACKMON
14 Attorney for Defendant
   WAYNE MAJORS
15
16
17 IT IS SO ORDERED.
18
19
20 DATED: June 2, 2006             [signature]
                                   LAWRENCE K. KARLTON
21                                 SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
22
23
24
25
26
27
28