BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
WAYNE J. MAJORS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>WAYNE J. MAJORS, et al.,<br><br>         Defendants. | Case No.: S-06-115 LKK<br><br>DEFENDANT WAYNE J. MAJORS'<br>SENTENCING MEMORANDUM<br><br>Date:  April 20, 2010<br>Time:  9:15 A.M.<br>Judge: Lawrence K. Karlton |

Having pled guilty to conspiring to defraud the United States by failing to properly report his income and pay tax, Wayne J. Majors will appear before the Court on April 20, 2010, for imposition of judgment and sentence.  In light of Mr. Majors' serious and debilitating medical condition the parties have stipulated in their plea agreement to a downward departure from a guideline sentence range of 41 to 51 months to a specific sentence of six months confinement in prison to be followed by six months of home confinement.  The Presentence Investigation Report acknowledges the severity of Mr. Majors physical condition and recommends imposition of the stipulated sentence.

The purpose of this memorandum is to update the Court on Mr. Majors' medical condition and to provide the Court with information about an alternative to the sentence recommended in the Presentence Investigation Report.

Mr. Majors' medical condition has continued to deteriorate since the time he last appeared before the Court. A copy of a letter from Tiffany McCann, RN is attached as Exhibit A. Ms. McCann is the nurse who for the past year has been administering Mr. Majors weekly intravenous infusions of Prolastin, a drug necessary to treat his serious lung condition known as Alpha-1 Antitrypfin Deficiency. Ms. McCann reports that Mr. Majors' condition has changed significantly over the past six months in that he suffers from erratic blood pressure changes and requires immediate administration of oxygen to deal with breathing difficulties. She also reports that he frequently becomes lethargic, incoherent or nonresponsive. Ms. McCann states: "It is most imperative that Wayne's medications and oxygen not be delayed, interrupted, modified or withheld. Without his medications, he very well could suffer respiratory failure, another stroke, and an untimely death." Exhibit A.

A letter from Mr. Majors' primary care physician, Sandra Levitt, M.D., is attached as Exhibit B. Dr. Levitt states that Mr. Majors' condition is more severe than it was a few months ago. She also notes that he has rather recently been diagnosed with severe sleep apnea and has developed swelling in his feet and ankles which could be the result of his erratic blood pressure. The doctor points out that he has had a number of

respiratory failures in the past six months and that Mr. Majors should not be exposed to others who are ill because even a simple cold or the flu could become fatal to him due to his fragile medical condition.  Dr. Levitt concludes by saying:

> In my medical opinion, I believe that it would be detrimental to Mr. Majors' declining health and could result in dire, if not fatal, consequences for him to be placed in a medical prison facility.  It is extremely important that Mr. Majors not be allowed to be placed in a position where he would be without his oxygen, that any of his medications and/or prescribed treatments be changed or withheld and if he couldn't sleep in a semi-upright position.

Attached as Exhibit C is a letter from Lee Pioske, Executive Director of the Crossroads for Men, a 12 Step transitional living facility in Phoenix, Arizona for people who are in recovery from substance abuse.  The Crossroads has a contractual relationship with the United States Probation office.  Mr. Pioske's letter confirms that Mr. Majors has been accepted as a future resident at the Crossroads for a minimum of 128 days.  If Mr. Majors were to be confined at the Crossroads for the first six months of his sentence he would reside in the facility 24 hours a day.  His nurse, Ms. McCann would be permitted into the facility to continue administering his weekly infusions of medication to treat his Alpha-1 Antitrydfin Deficiency.  He would be permitted to leave the facility only to attend medical appointments with his treating physicians, all of whom are in the Phoenix area, or to obtain hospital treatment should that become necessary.

If Mr. Majors were to be confined at the Crossroads his medical insurance carrier will continue to pay for his medical care and those substantial costs would not have to be borne by the United States government.

Finally, a letter from Ashley Amerio is attached as Exhibit D. Ms. Amerio is Wayne Majors' daughter. She is an attorney, and it was Ms. Amerio who contacted the Crossroads to arrange for the possibility that he might be incarcerated in that facility

DATED: April 16, 2010                    BLACKMON & ASSOCIATES


                                         By: //s// Clyde M. Blackmon
                                             CLYDE M. BLACKMON
                                             Attorney for Defendant
                                             WAYNE J. MAJORS

# EXHIBIT "A"

4/14/2010

The Honorable Judge Karlton~

In the year that I have been the Registered Nurse responsible for administering Wayne Majors' Alpha-1 infusion, I have noticed a decline in his overall health. The most significant change has been in the last six months. I have noticed that Wayne's blood pressure is erratic; sometimes it is extremely high and other times extremely low. He constantly experiences breathing difficulties with wheezing and gasping for air, requiring immediate oxygen administration. I am very concerned with how frequently Wayne becomes lethargic, non coherent and/or non-responsive. He continues to experience various complications during the infusion and severe flu-like symptoms, as well as a myriad of new problems, after the infusion.

Unfortunately, the purpose of the Prolastin medication is to only sustain Wayne's current condition and it does not improve his COPD, blood pressure, or the permanent damage to his lungs. It is very important that Wayne be in a controlled environment where he is not exposed to diseases, chronic illnesses, or toxins and pollutants in the air. Clean air is critical in protecting his lungs. It is most imperative that Wayne's medications and oxygen not be delayed, interrupted, modified or withheld. Without his medications, he very well could suffer respiratory failure, another stroke, and an untimely death.

In the event Wayne is sent home under home detention, or to a local half-way house, I am agreeable to continue as Wayne's primary nurse and to administer the weekly treatments at that facility.

Sincerely,

TMCCann RN

Tiffany McCann RN, BSN
623-853-3493

# EXHIBIT "B"

## Innovative Primary Care

INTERNAL MEDICINE • NATUROPATHY • ACUPUNCTURE • THERAPEUTIC MASSAGE • JIN SHIN JYUTSU • COUNSELING

April 16, 2010

To Whom It May Concern:

I am writing in regards to our patient, Wayne Majors, who has been a patient of my practice since April, 2007. This correspondence is the third medical report we have provided regarding the current medical condition of Mr. Majors.

Mr. Majors continues to suffer from moderate to severe shortness of breath at rest and is worse with any activity. Walking more than fifty feet requires him to rest from 30-60 minutes. At night his oxygen saturation falls from his daytime saturation of 94-98% to 81% thus he requires oxygen and needs to sleep at a 45 or more degree angle otherwise he gets short of breath and feels like he is suffocating. All of this has worsened over the past six months. Mr. Majors is still receiving the intravenous Alpha-1 Antitrypsin augmentation therapy on a weekly basis. Mr. Majors has had constant reactions to this treatment causing him to have new complications with frequent infections, swelling in his feet and ankles and has been treated with numerous rounds of antibiotics for infection and pneumonia. While the therapy will not cure the disease, without the weekly IV therapy the disease will progress far more rapidly than it has. Mr. Majors has also been diagnosed with severe sleep apnea since my last correspondence. Mr. Majors still requires all the same medications as I have listed in my previous correspondence; however, he also needs additional medications from time to time that we are using in our efforts to slow down the progression of his disease. This week I prescribed Levaquin, Asmanex and Prednisone to treat his current lung infection. Mr. Majors also requires regular blood tests to make sure that his kidneys and liver are not yet affected by his disease and all other parameters are in line. He will also require regular monitoring of the new swelling in his feet and ankles as this could be the result of his erratic blood pressure. As it is already at an advanced stage, as I have described before, the next step would be for Mr. Majors to have a lung transplant.

Mr. Majors has a compromised immune system. Mr. Majors has already had numerous respiratory failures in the past six months. It is important that he not be exposed to other patients with illnesses. When Mr. Majors becomes ill with a simple cold or the flu, his own body attacks his lungs and this leads to an expedited progression of his disease. A normal, simple illness could become fatal.

Mr. Majors' medical condition is even more severe than it was a few months ago. Mr. Majors case is very complex and needs constant specialized care by all of his doctors working in concert, including his pulmonologist, cardiologist and his experienced, registered nurse who cares for him at his home. Mr. Majors' wife, Leah, has always been his full-time personal caregiver. Mrs. Majors manages all of his medications, medical appointments, monitors his blood pressure and records his oxygen saturation levels. Mrs. Majors followed our request that she attend class and earned her certification in CPR.

## Innovative Primary Care

INTERNAL MEDICINE • NATUROPATHY • ACUPUNCTURE • THERAPEUTIC MASSAGE • JIN SHIN JYUTSU • COUNSELING

In my medical opinion, I believe that it would be detrimental to Mr. Majors' declining health and could result in dire, if not fatal, consequences for him to be placed in a medical prison facility. It is extremely important that Mr. Majors not be allowed to be placed in a position where he would be without his oxygen, that any of his medications and/or prescribed treatments be changed or withheld and if he couldn't sleep in a semi-upright position.

If you have any questions, I am available to discuss any concerns that might come up if needed.

*[signature]*

Sandra Levitt, M.D.

# EXHIBIT "C"



thecrossroadsinc.org

April 13, 2010

To whom it may concern:

Crossroads, Inc., a non medical transitional living facility for individuals that have the desire to recovery from substance abuse has accepted Wayne Majors as a future resident at The Crossroads for Men Midtown Facility at 3702 N 13th Ave, Phoenix, AZ 85015 for a minimum of 128 days. Crossroads also has a contract with the Federal Probation Department. While Mr. Majors is in residency at Crossroads he will be expected to attend a 12 step meeting a day, completion of a step a week with a sponsor, daily chores, pay his program fees and following community guidelines. He will continue his IV treatments with his current nurse and make appointments with his health care professionals in the Phoenix area.

If you have any questions or comments regarding this matter, please contact me at any of the numbers below.

Respectfully,

*Lee Pioske*

Lee Pioske, MS LISAC CACIII
Executive Director

| The Crossroads East (Men) | The Crossroads West (Men) | The Crossroads Midtown (Men) | The Crossroads for Women |
|---|---|---|---|
| 1845 East Ocotillo Road | 7523 North 35th Avenue | 3702 North 13th Avenue | 1632 East Flower |
| Phoenix, AZ 85016 | Phoenix AZ 85051 | Phoenix AZ 85013 | Phoenix AZ 85010 |
| P: 602.279.2585 | P: 602.249.8002 | P: 602.265.8400 | P: 602.274.0730 |

# EXHIBIT "D"




# ASHLEY R. AMERIO




April 16, 2010

Honorable Judge Lawrence K. Karlton
Senior District Court Judge
United States District Court
Eastern District of California
501 I Street
Sacramento, CA 95814

To the Honorable Judge Karlton:

I am the oldest daughter of Wayne Majors and also an attorney in California. I would like to take this opportunity to articulate a myriad of reasons why the probation recommendation of a 6-month prison term is inappropriate for Wayne Majors.

On paper, my Father appears to have many years of life left, as he is only 55 years old. My family and I hope this is the case, but unfortunately, doctors opinions and my Father's declining health lead us to believe the contrary. My Father has battled asthma his entire life and in fact my grandparents moved to Arizona so he could breathe better as a child. Throughout his life, doctors treated him for asthma that has progressively become worse and worse and non-responsive to treatment. Unfortunately, it was not until recently that his Pulmonologist discovered he actually has had Alpha-One Antitrypsin Deficiency Disorder, a progressive genetic disease, since birth. We now know having this disease means every time my Father fought off a cold or his white blood cells became active, his body was attacking his own lungs. Today, his lungs have been essentially mutilated by the attacks of his immune system on his own body. He has, "the lungs of a 90 year old man" his Pulmonologist, Dr. Ruzi, has said. His lung function is at 28% and will never get better and only continues to get worse. Dr. Ruzi also stresses that he must stay away from public places, like hospitals, airports, gyms, malls, schools and restaurants. Additionally, anyone who is sick cannot visit my Dad. All visitors stop at the door and sanitize hands before even entering the house. This is not temporary for my Dad, this is his life. In spite of all the precautions, his lung health continues to decline.




8530 Indianwood Way
Roseville, California 95747

Phone 916.505.8100

Once a week, a nurse comes to my Father's house and spends a few hours administering a blood plasma transplant through an IV on Monday evenings. The visit usually ends with my Dad sick in bed, vomiting, nausea, insomnia, unsuccessful coughing and inability to breathe. This is considered a treatment gone well. In the last month, his infusion amount has been increased and he has been getting even sicker than he used to. In the alternative, he has, on multiple occasions, had his blood pressure decline rapidly (ex: 50/30) and an ambulance takes him to the hospital. He has had several small strokes from this occurring and two bigger strokes. By about Wednesday, the nausea may get better. However, since my Dad's blood plasma transplant amount has increased, he is sick almost all the time. Then his days consist of breathing treatments which no longer really work for more than a few minutes and make him jittery. He has to be on oxygen most of the day and when he sleeps. He takes handfuls of RX drugs on a daily basis and is constantly unable to breathe. Hardly a week goes by where he almost passes out from lack of oxygen. It seems every other month he has pneumonia (and currently has pneumonia) or infection in his lungs and has to take very strong antibiotics to combat the infections. Unfortunately, the strong drugs to fight off the pneumonia also make him very ill. My Dad needs a lung transplant and has been placed on the transplant list. Unfortunately, my Dad cannot withstand a surgery right now, but we hope when the time comes he will be able to sustain the appropriate surgery. I would not wish this disease on my worst enemy, it is a constant nightmare!

I could go on and on about the mini-strokes, the loss of control on his left side, the cognitive decline as a result of asphyxiation (no oxygen for extended periods of time) and inability to breath. My Dad forgets and has confusion all the time. Loss of oxygen all the time really affects his ability to cognitively function and remember things. When his blood pressure plummets and he collapses, he usually has no memory of what happens after he collapses and will stop breathing. It seems to happen for no reason at all and he can never be left alone. It frightens me to think what would happen if this occurred in a prison hospital facility. He lives in his own prison with this disease. He cannot even visit me or see my new home because he cannot travel. To come to California for this case, it took almost a month to arrange oxygen for the plane and oxygen to be arranged at my house, where he stayed the last time he appeared in Court.

My Father's medical circumstance is undeniably unique, as his disease is extremely rare. Two of my siblings unfortunately have tested positive for the same disease and already battle what we all thought was asthma, but now we know its Alpha-One Antitrypsin Deficiency Disorder.

As an alternative to Prison confinement, I have personally spoken with Crossroad Facility in Phoenix, Arizona regarding the acceptance of my Father into their facility. Crossroads is a facility who is contracted with the Federal Government and Federal Probation as an alternative to prison confinement. Crossroads has in fact accepted my Father into their program, as confirmed by a letter received by them earlier this week.

Honorable Judge Lawrence K. Karlton
April 16, 2010
Page 3 of 3

If Your Honor would allow my Father to complete the 6-month term at Crossroads, my Father would be able to continue his medical treatment with the same Nurses and Doctors who are currently treating his complex medical situation. The Registered Nurse who currently administers my Father's weekly IV infusions has stated she would continue administration if my Father were housed at Crossroads. Crossroads has also agreed to allow my Father to receive his weekly IV Infusions at their facility. Additionally, Crossroads has agreed to allow my Father to attend medical appointments in the Phoenix area as needed. Crossroads will also allow my Father to have his oxygen and breathing treatment machines, as he needs them on a daily basis.

If Your Honor would allow confinement at Crossroads, my Father would also be able to keep his current medical insurance. His medical insurance would cover his medical care during his stay at Crossroads and thereafter. This would save the government literally hundreds of thousands of dollars, as his medical care costs $20,000 to $30,000 per month if there are no serious incidents that occur. If my Father is sentenced to a 6-month prison term, he may lose his insurance and its unlikely he would be able to obtain insurance again with all his pre-existing conditions and his need for a lung transplant.

I would like to point out an additional item of particular concern with regard to the Federal Bureau of Prisons. The Bureau's Health Services Department publishes a "National Formulary" list online. On page 3, under "Expectations", the Formulary states, "ALL BOP institutions, including Medical Centers, are expected to abide by the formulary as outlined in the BOP Pharmacy Services Program Statement." (*In Original*) I have reviewed the pamphlet at length and it does not include any blood plasma transplant infusion medications or some of the other medications my Father needs to sustain life. This is alarming to say the least.

I thank you in advance for your time and consideration regarding the foregoing issues and I am hopeful an alternative sentencing arrangement will be forthcoming.

Very Truly Yours,

Ashley Rene' Majors-Amerio, Esq.