```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824
```

Attorneys for Defendant
WAYNE J. MAJORS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>WAYNE J. MAJORS, et al.,<br><br>   Defendants. | Case No.: S-06-115 LKK<br><br>APPLICATION AND ORDER FOR EXONERATION OF BOND AND DIRECTING THE CLERK TO RETURN CASH BAIL |

    Defendant Wayne J. Majors, through his counsel Clyde M. Blackmon, applies for an order exonerating the appearance bond in his case and directing the Clerk of the Court to return cash bail.

    On May 18, 2006, Mr. Majors was released on $100,000.00 bond.  He signed an unsecured bond in the amount of $50,000.00 and posted $50,000.00 cash bail which was submitted on his behalf in the form of a cashier's check by Larry Majors (Receipt No. 20411198).  Mr. Majors subsequently pleaded guilty and was sentenced on April 20, 2010.  Therefore, Mr. Majors requests the

1  Court to issue an Order exonerating the bond and directing the
2  Clerk of the Court to return $50,000.00 to Larry Majors, 12009
3  South Tuzigoot Court, Phoenix, AZ  85044.
4
5  DATED: April 22, 2010                BLACKMON & ASSOCIATES
6
7                                       By: _//s// Clyde M. Blackmon___
                                             CLYDE M. BLACKMON
8                                            Attorney for Defendant
                                             WAYNE J. MAJORS
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that in case number S-06-115 LKK the bond heretofore posted by Wayne J. Majors is exonerated and the Clerk of the Court is directed to return the $50,000.00 (Receipt No. 20411198) submitted on Mr. Majors' behalf to Larry Majors, 12009 South Tuzigoot Court, Phoenix, AZ 85044.

IT IS SO ORDERED:

DATED: April 26, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT